**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**TARA STICKLEY**                                                  **PLAINTIFF**

**v.**                          **NO. 4:23CV212-BRW**

**GEICO ADVANTAGE INSURANCE COMPANY**               **DEFENDANTS**

**PLAINTIFF'S MOTION FOR REMAND TO STATE COURT FOR LACK OF SUBJECT MATTER JURISDICTION**

COMES NOW the Plaintiff, Tara Stickley ("Plaintiff"), by and through her attorneys, RAINWATER, HOLT & SEXTON, P.A., and hereby moves this Honorable Court for remand of this matter back to the Circuit Court of Pulaski County, Arkansas, for lack of subject matter jurisdiction, because the amount in controversy is now less than required for federal court jurisdiction pursuant to 28 U.S.C. § 1332 (a). In support thereof, Plaintiff offers Plaintiff's Brief in Support of Motion for Remand, filed contemporaneously with this Motion.

Respectfully Submitted,

Attorneys for Plaintiff
By: /s/ Eric McEnerney_____
Eric McEnerney (AR 2020278)
RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
Little Rock, AR  72222
(901) 666-4360
(501) 868-2505 (fax)
emcenerney@rainfirm.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on Monday, April 10, 2023, I electronically filed the foregoing with the Clerk of the Court using the Arkansas Judiciary Electronic Filing System, which shall send notification of such filing to the following:

William J. Ogles (AR2015174)
Nicholas D. Hornung  (AR2018108)
*Attorneys for Defendant*
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
(501) 376-9442 (Fax)
wogles@wlj.com
nhornung@wlj.com

/s/Eric McEnerney_____
Eric McEnerney