**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**TARA STICKLEY**                                                                                      **PLAINTIFF**

**v.**                                       **NO. 4:23CV212-BRW**

**GEICO ADVANTAGE INSURANCE COMPANY**                                **DEFENDANTS**

**PLAINTIFF'S BRIEF IN SUPPORT OF MOTION FOR REMAND**

COMES NOW the Plaintiff, Tara Stickley ("Plaintiff"), by and through her attorneys, Rainwater, Holt & Sexton, P.A., and hereby files her Brief in Support of Motion for Remand.

**STATEMENT OF FACTS**

1. On January 7, 2023 Plaintiff filed her original Complaint against her uninsured motorist carrier, Geico Advantage Insurance Company ("Defendant"), in Pulaski County Circuit Court, with a docket number 60CV-23-694, seeking $100,000.00 in damages arising from injuries sustained in a January 12, 2021 car wreck caused by an uninsured driver.

2. On March 16, 2023, Defendant filed its Answer.

3. On March 20, 2023, Defendant removed this matter from Pulaski County Circuit Court to the United States District Court for the Eastern District of Arkansas, Central Division, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

1

4.     On March 20, 2023, Plaintiff filed her First Amended Complaint pursuant to FED. R. CIV. P. 15 (1) (B), solely to reduce the amount in controversy to $75,000.00, exclusive of interests and costs, to remove diversity jurisdiction pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

5.     On April 5, 2023, Defendant filed its Answer to Plaintiff's First Amended Complaint, stating that " GEICO (Defendant) and Plaintiff have agreed to remanding the case back to Pulaski County Circuit Court on the condition that Plaintiff stipulates that she will neither seek from the Court or jury, nor accept any damages in excess of $75,000.00, exclusive of interest and costs, from GEICO (Defendant).  (Answer to Am. Compl. ¶ 1).

6.     Today Plaintiff files her Motion for Remand to State Court, contemporaneously with this Brief in support thereof, as the amount in controversy is now less than is required for diversity jurisdiction pursuant to 28 U.S.C. § 1332.

## APPLICABLE LAW

District courts have original jurisdiction of civil actions where the matter controversy exceeds $75,000.00, exclusive of interest and costs, and is between citizens of different states.  28 U.S.C. § 1332 (a).  "Because it is conferred by statute, the right of removal is strictly construed to limit federal jurisdiction." *Fitzgerald v. Besam Automated Entrance Sys.*, 282 F. Supp. 2d 1309, 1312 (S.D. Ala. 1993) (citing *Lane v. Champion Internat'l Corp.*, 827 F. Supp. 701, 705 (S.D. Ala. 1993)).  "Because federal courts are of limited jurisdiction, there is presumption against exercise of federal jurisdiction, such that all uncertainties as to removal jurisdiction under 28 USCS § 1441 are to be resolved in favor of remand.  *Tran v. Waste Mgmt.*, 290 F. Supp. 2d 1286, 2003 U.S. Dist. LEXIS 20410 (M.D. Fla. 2003).

Here, because Plaintiff amended her complaint to $75,000.00 exclusive of interests and costs, and has agreed to stipulate that she will never seek nor accept more than that amount in this matter, the matter in controversy no longer exceeds $75,000.00, removing diversity jurisdiction under 28 U.S.C. § 1332 (a).  The right of removal here should be strictly construed to limit federal jurisdiction as in *Fitgerald*, above, and this Honorable Court should likewise grand Plaintiff's Motion for Remand.  Similarly, as there is a presumption against exercise of federal jurisdiction, if there is any uncertainty as to jurisdiction under  28 USCS § 1441, this Court should resolve the uncertainty in favor of granting Plaintiff's Motion for Remand.

## **CONCLUSION**

For the foregoing reasons, Plaintiff respectfully moves this Honorable Court to grant her Motion for Remand

Respectfully Submitted,

Attorneys for Plaintiff
By:   /s/ Eric McEnerney_____
Eric McEnerney (AR 2020278)
RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
Little Rock, AR  72222
(901) 666-4360
(501) 868-2505 (fax)
emcenerney@rainfirm.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on Monday, April 10, 2023, I electronically filed the foregoing with the Clerk of the Court using the Arkansas Judiciary Electronic Filing System, which shall send notification of such filing to the following:

William J. Ogles (AR2015174)
Nicholas D. Hornung  (AR2018108)
*Attorneys for Defendant*
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
(501) 376-9442 (Fax)
wogles@wlj.com
nhornung@wlj.com

                                            /s/Eric McEnerney_____
                                            Eric McEnerney